Vernon W. Lynch, of Des Moines, Iowa, William P. Welch, of Logan, Iowa, and Charles J. Southard and Eugene D. O'Sullivan, both of Omaha, Neb., for appellant.

R. W. Colflesh, U. S. Atty., of Des Moines, Iowa, for the United States.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.

■

**L. E. (Len) CHAPMAN, Appellant, v. UNITED STATES of America.**

**No. 9829.**

Circuit Court of Appeals, Eighth Circuit.
March 17, 1934.

Vernon W. Lynch, of Des Moines, Iowa, William P. Welch, of Logan, Iowa, and Charles J. Southard and Eugene D. O'Sullivan, both of Omaha, Neb., for appellant.

R. W. Colflesh, U. S. Atty., of Des Moines, Iowa, for the United States.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.

■

**CHESAPEAKE & OHIO RAILWAY COMPANY v. James B. MOORE.**

**No. 4779.**

Circuit Court of Appeals, Seventh Circuit.
April 21, 1934.

See, also, 64 F.(2d) 472.

Albert H. Cole, of Peru, Ind., for appellant.

Chester L. Teeter and Lloyd Hartzler, both of Fort Wayne, Ind., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation of counsel to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "The parties hereto hereby stipulate that this appeal shall be dismissed and that each party shall pay his own costs."

On consideration whereof: It is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed pursuant to the above stipulation.

■

**CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Dated July 17, 1929, with Joseph H. Franzen (now Deceased), Appellant, v. ÆTNA LIFE INSURANCE COMPANY, Appellee.**

**No. 116.**

Circuit Court of Appeals, Second Circuit.
March 5, 1934.

Mitchell, Taylor, Capron & Marsh, of New York City (George S. Mittendorf and Arnold Furst, both of New York City, of counsel), for appellant.

James B. Henney, of New York City (Daniel Miner, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.